## THE UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF ILLINOIS

## CHICAGO DIVISION

| | | |
|---|---|---|
| MARY CAMPISE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:18-cv-6534 |
| v. | ) | |
| | ) | |
| | ) | Plaintiff Demands Trial By Jury |
| CEVA LOGISTICS | ) | |
| | ) | Honorable Marvin E. Aspen |
| | ) | |

## DECLARATION OF KEVIN COLLIGAN

1. My name is Kevin Colligan. I am over the age of 21 and competent to make this Declaration. The facts stated in this Declaration are true, correct, and based on my personal knowledge and made under penalty of perjury. This Declaration is made under 28 U.S.C. § 1746.

2. I work for CEVA Logistics as a Regional Sales Director located in Elk Grove, Illinois. I joined the CEVA in February 2011. I previously held the title of CEVA Regional Sales Manager, also working out of Elk Grove.

3. CEVA Logistics is a logistics company serving customers' supply chain management requirements around the world. CEVA designs, implements, and operates customized distribution services on a national, regional, or global scale.

4. As I mentioned in my deposition, the territory that I supervise has changed over time but it includes about two-thirds of Illinois, about three-quarters of Wisconsin, and about three-quarters of the Iowa markets. The Company divides its regions based on zip codes and zip codes are from time to time moved from one region to another.

Exhibit B

5. I met the Plaintiff, Mary Campise, in 1999. In her deposition, I believe she recalled the year as 2000. We joined a company called Eagle Global Logistics on the same day. CEVA later acquired Eagle in 2008.

6. I considered Campise a friend during our work together at Eagle. She left Eagle after a few years. I stayed a little longer. Both of us continued to work in the logistics and freight forwarding business in sales roles. I did not keep up with Campise directly, but I heard from mutual acquaintances and friends how she was doing.

7. Sometime in 2013, when I was a CEVA Regional Sales Manager, I learned that Campise might be looking for a change in jobs. I reached out to her to about a job working for me in the Chicago area as an account manager (a sales person). I offered her the job, and she accepted. The Friday before her expected Monday start day, Campise called and told me that her employer countered with more money and that she would not be joining CEVA. I was disappointed.

8. In 2014, Campise called me asking for a position. I offered her a job with CEVA as an Account Manager. The salary I offered her was the second highest pay on my team. I knew she was in her 50s at the time but not her exact age. I have hired a number of Account Managers (6) who were over 50 when hired.

9. Campise started with CEVA on June 9, 2014.

10. CEVA Account Managers are responsible for driving sales in the region. They must make cold calls and pursue any contacts they might have to bring in new business. Account Manager must also work to maintain good customer, and, internal relationships to keep the business.

11. As I mentioned in my deposition, I have the ability to assign accounts to Account Managers. But I was not asked about the circumstances when accounts might be assigned. Generally, accounts are assigned from one Account Manager to another in two situations.

12. First, if an Account Manger leaves the organization, I obviously need to assign the accounts to a current employed Account Manager.

13. Second, Account Managers may have on their list of "accounts" the names of businesses that are inactive. These are businesses that at some point in the past did work with CEVA but are not current customers. These are "non-revenue accounts." I have from time to time moved and reassigned non-revenue accounts between Account Managers. Usually this happens because the Account Manager has not pursued business with the inactive customer and I want someone to try and get the account active. I usually move a non-revenue account if the Account Manager has not had success in bringing business opportunities within six months.

14. I consider past performance, the nature of the prospective account, geography, prior relationships with the non-revenue account (from a former employer), and Account Manager skill sets when assigning accounts. A person's experience, domestic versus international, would be another factor. I assigned accounts to men and women without regard to gender.

15. I believe the most active accounts (those of existing customers) I ever assigned was to Sara Marconi, who lived in the Chicago area. Sara was over 50 years of age at the time of this decision. I gave the accounts to Marconi because they were located in Wisconsin, she was from Wisconsin, and she really wanted to spend more time in Wisconsin. Sara is a woman. I could have assigned the accounts to male, younger employees.

16. I do not take active customers from one Account Manager to another Account Manager except under unique circumstances. For example, if CEVA was in jeopardy of losing a customer because of some failure of an Account Manager, I might move the customer to another Account Manager. I do not recall this every occurring on any account managed by Campise.

17. For example, in her deposition, Campise mentions that I gave an account to Kim McCloud. It was a non-revenue account. McCloud was assigned to try and go get the business. I moved some of these accounts because Campise had no success in bringing in any business within a reasonable period of time.

18. Campise spoke about Walgreens in her deposition as a potential customer. Walgreens requires 90 day payment terms. CEVA strictly precludes working with any business that requires payment terms of 90 days (or more). I did not take the Walgreens opportunity away from Campise. CEVA has never

done business with Walgreens out of my region, and to my knowledge, not anywhere in the United States. To this day, CEVA does not do business with Walgreens.

19. In her deposition, Campise discusses what she believes to be my favorable treatment of Ben Vaughn and Joe Stupak. Vaughn and Stupak have over the last few years been some of the most successful account managers in the United States. They have ranked number 1 and 2 in net revenue production over recent years nationally. They did not obtain their tremendous success because of any assignment of accounts.

20. Every CEVA Account Manager must meet a quarterly quota. The quarterly quota is calculated as salary times five divided by four.

21. From October 2013 to March 2018, I terminated seven Account Managers (including Campise) for not meeting their sales quota. Five of the seven were men.

22. I terminated Campise on May 17, 2017, because of her failure to meet quota. Campise never met her quarterly quota.

23. CEVA expects Account Managers to meet their quota by the fourth complete measurable quarter . I gave Campise 11 measurable quarters (plus a month) to try and meet quota. This was more time than I provided to the six other Account Managers that I terminated for failing to meet quota.

24. I adamantly deny any allegation that I have ever engaged in any form of discrimination against Campise or any employee.

KEVIN COLLIGAN

Dated: 8/23/2019